*Hedstrom Corp. v. JumpSport, Inc.*
Case No. 03 12308 PBS

# Exhibit A

## to Declaration of Daniel J. Kroll
## in Support Of Defendant JumpSport, Inc.'s Motion to Dismiss or Transfer

120336.1

120336.1

**HEDSTROM** corporation > IMAGINE THE FUN

Home > About Hedstrom > Business Units > **Backyard & Fun**



## Backyard & Fun

The Backyard & Fun Products Business Unit is the largest division within Hedstrom and an acknowledged category leader within the industry. The division has a long tradition of creating innovative and imaginative products for children and families with a mission to "Fill Backyards With Laughter".

### Products
The Backyard & Fun Products division manufactures and markets products in the following categories:

- Metal and Wood Gym Sets
- Trampolines and Safety Enclosures
- Factor X® brand Skate Park products
- Game Tables
- Spring Horses

### Manufacturing
Bedford, PA and Collingwood, Ontario are home to its fully integrated manufacturing facilities, featuring large blow molded, injection molded and roto-molded parts, welded seam tubing and steel stampings, as well as high volume wood milling operations.

### Distribution
The quality products of the Backyard & Fun Products Division can be found in leading retailers throughout the U.S. and Canada (like Wal-Mart, Toys "R" Us, Kmart and others) as well as sporting goods, specialty, home center, and other distribution channels.

### Business Units Menu

Introduction

Backyard & Fun
  outdoor gym sets, spring horses, trampolines and enclosures, game tables and Factor X® Skate Park products

Ball, Bounce & Sport
  a wide variety of children's playballs, sporting goods and ball pit products

ERO Industries
  indoor sleeping bags, playtents, furniture, swim vests, and wall décor

©2003 Hedstrom Corporation | Privacy and Legal Statement

**HEDSTROM** > IMAGINE THE FUN

3436 North Kennicott Avenue
Arlington Heights, IL 60004-7801
www.hedstrom.com

Home > Press Releases > Press Release

## Press Release

### CPSC, Hedstrom Corp. Announce Recall of Trampolines

For Immediate Release
July 31, 2003
Release # 03-168

PSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission announces the following recalls in voluntary cooperation with the firms listed below. Consumers should stop using recalled products immediately unless otherwise instructed. To access color photos of recalled products, go to the Commission's Web site at www.cpsc.gov.

**Name of product:** Trampolines

**Units:** 116,000

**Manufacturer:** Hedstrom Corp., of Bedford, Pa.

**Hazard:** Welds on the frame of these trampolines can break during use, causing consumers to fall to the ground and suffer injuries.

**Incidents/Injuries:** Hedstrom has received about 700 reports of one or more welds breaking from the trampoline frame rails during use, resulting in 10 minor injuries.

**Description:** These are 12-foot, 13-foot, and 14-foot trampolines, which were sold separately, and also banded together with safety enclosures. They were sold under the brand names Hedstrom and NBF. The brand name is written on the warning labels found on the products. The recalled trampolines have model numbers 10136, 101366, 101442, 10146, 102369, 102949, 10321, 103217 or 10381. They also have four-digit date codes ranging from 0403 through 2103 with the last two digits always being 03. Model I.D. labels showing the model number and date code are located on one of the frame rail legs on the trampoline.

**Sold at:** Department, toy, and discount stores nationwide between January 2003 and May 2003 for between $160 and $225 for the single trampolines, and between $320 and $360 for the trampolines banded together with safety enclosures.

**Manufactured in:** U.S.A.

**Remedy:** Hedstrom is providing consumers with a free, in-home repair kit.

**Consumer Contact:** Call Hedstrom at (800) 841-4351 between 8

**Recent Press Releases**
HEDSTROM'S PRISS PRINTS BECOMES MAGIKSTIK™ WITH PRODUCT RE-LAUNCH

HEDSTROM KEEPS KIDS ACTIVE AT PLAY THROUGH THE WIDE WORLD OF SPORTS

Hedstrom Stays on a Roll with Fresh and Funky Slumber Bags

Playhouses from Hedstrom give kids' imaginations a home

Hedstrom Sizes Furniture Just Right for Kids

a.m. and 8 p.m. ET Monday through Friday, or go to the company's Web site at www.hedstrom.com and click on Customer Service.

**Media Contact:** Fred Rieber at (800) 934-3949, Ext.1426.





©2003 Hedstrom Corporation | Privacy and Legal Statement

**HEDSTROM** corporation  > IMAGINE THE FUN

3436 North Kennicott Avenue
Arlington Heights, IL 60004-7801
www.hedstrom.com

Home > Press Releases > Press Release

# Press Release

## Hedstrom Continues to Make Childhood Memories in the Back Yard: Trampoline and Gym Components Provide Fun and Safety

Arlington Heights, IL (Feb.16, 2003) – With new designs and enhanced play features, Hedstrom's metal and wooden gyms and trampolines offer kids even more exciting ways to spend active time outdoors. Hedstrom, the backyard market leader in quality, design, performance and price, has been offering children's play products for more than 80 years.

Classic Gym Rides
Two of the most popular rides in the Hedstrom gym line, the Rocket Rider™ and Star Cruiser™, are designed as a one- or two-passenger ride in which children can ride alone or with a friend. The Rocket Rider allows for riding back-to-back, front-to-back or alone, and the Star Cruiser offers a side-by-side or single ride.

These classic gym rides have been redesigned for 2003 and feature a futuristic appearance combined with comfortable dual hand and foot positions. The multi-position hand and foot design allows children, 2 and older, the flexibility to easily propel the rides, regardless of size or ability. Parents will appreciate this "climb-on-and-go" feature as well as the easy assembly.

Other premier Hedstrom gym rides include: the Whirly Twirl™, Corkscrew™ and Adult-Child Lawn Swing. Hedstrom's gym sets also incorporate the Magic Mist™ and Spectracoat™ advanced paint technologies, providing a fresh appearance that compliments any backyard landscape decor. The Magic Mist technology uses a misting technique in which the paint color lightens from bottom to top. The Spectracoat technology has a "hammertone" appearance, a look found on many outdoor furniture sets. Both technologies are offered in a variety of colors.

Trampoline Adventures
Expanding its line of popular trampolines and safety enclosures, Hedstrom introduces a 12-foot Trampoline and Safety Enclosure. The new 12-foot design provides greater flexibility to meet the needs of consumers with limited backyard space, while delivering all the bounce and play excitement of the larger Hedstrom trampolines.

For additional safety, the new 12-foot Trampoline Safety Enclosure provides 360-degrees of protection, keeping the trampoline jumper positioned on the jumping surface. Fitting all 12-foot trampolines in the market, the soft polypropylene netting offers an overlapping, net doorway for safe and easy entrance and exit, and galvanized, steel net support poles with foam padding. Its unique design attaches to the trampoline frame with no cutting or drilling required. Hedstrom also offers trampolines in eight-foot, 13-foot and 14-foot sizes.

Look for Hedstrom Trampolines and Safety Enclosures and gyms featuring the Rocket Rider and Star Cruiser at Toys "R" Us, Kmart, Wal-Mart and other fine retail outlets.

**Recent Press Releases**
HEDSTROM'S PRISS PRINTS BECOMES MAGIKSTIK™ WITH PRODUCT RE-LAUNCH

HEDSTROM KEEPS KIDS ACTIVE AT PLAY THROUGH THE WIDE WORLD OF SPORTS

Hedstrom Stays on a Roll with Fresh and Funky Slumber Bags

Playhouses from Hedstrom give kids' imaginations a home

Hedstrom Sizes Furniture Just Right for Kids

Coming Soon... EverKote® Wood Gyms

Hedstrom innovates again with the upcoming introduction of a revolutionary, new design application for backyard wooden gyms. The new EverKote design system, an exclusive patent-pending process, features a textured, high-impact resin that adheres directly to wood substrate and completely surrounds a 4' x 4' wooden playdeck with support posts. The result is a smoothly textured, splinter-free gym component. EverKote can be produced in a variety of colors and textures, providing parents with a gym that adds increased aesthetic value to any backyard landscape design.

Hedstrom Corporation is one of the nation's premier manufacturers and marketers of children's toy and outdoor recreation products and the category leader in each of its three divisions: Backyard and Fun Products, which includes Factor X® skatepark equipment; Ball, Bounce and Sports; and ERO, which includes products from metal and wood gym sets, trampolines and safety enclosures, slumber bags and play tents, flotation vests and room décor.

Toy Fair Showroom #1016

*For More Information:*

*Gina Gretchko*
*Landau Public Relations*
*216.736.4437*

*Glenn Kilbride*
*Hedstrom Corporation*
*847.259.4468*

©2003 Hedstrom Corporation | Privacy and Legal Statement