*Hedstrom Corp. v. JumpSport, Inc.*
Case No. 03 12308 PBS

# Exhibit C

## to Declaration of Daniel J. Kroll
## in Support Of Defendant JumpSport, Inc.'s Motion to Dismiss or Transfer

120336.1

120336.1

NOT FOR CITATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUMPSPORT, INC.,

    Plaintiff,

    v.

JUMPKING, INC., et al.

    Defendants.

No. C 01-4986 PJH

**FINAL CONSOLIDATED CLAIM CONSTRUCTION ORDER**

The following claim constructions shall apply in the interpretation of U.S. Patent Nos. 6,053,845 and 6,251,207 B1.[1]

| Disputed Term | Construction | Citation |
|---|---|---|
| Safety enclosure | something that surrounds or encloses a space or surface to protect against the risk of injury from fall-offs or frame impacts to a person inside the enclosure | April 1, 2003 Claim Construction Order ("4/1/03 Order") |
| Therearound | surrounding at least the rebounding mat of the trampoline and reaching or abutting the plural independent poles | 4/1/03 Order |
| Plural independent poles; posts; support members | more than one structurally supportive member that is elongated and often cylindrical (or pieces of the same that connect together to form one pole) wherein each pole is not connected to another pole above the surface of the mat in a substantively inflexible manner. | July 18, 2003 Order Granting Motion for Reconsideration, amending 4/1/03 Order; parties' stipulations. |

---

[1] This order is issued for the convenience of the jury, parties, and court, and does not serve to restart any disclosure schedules set forth in the patent local rules.

| | | |
|---|---|---|
| Coupled to said independent poles and to the rebounding mat | connected to the independent poles and to the rebounding mat, either directly or through a discrete coupling device that is not an element of the trampoline or enclosure | June 2, 2003 Order Denying Motion for Summary Judgment at 11 n. 12. |
| Wherein the coupling of the safety enclosure to both the independent poles and to the rebounding mat helps in absorption of impact forces to the safety enclosure | by being connected to both the independent poles and the rebounding mat, the safety enclosure utilizes the impact absorption properties of both to absorb the forces of an impact to the enclosure | 4/1/03 Order |
| Flexible top/bottom line | flexible material added to or existing along the netting to add strength and/or support. The top/bottom line can be integral to, woven from, woven into, or later added to the netting | 4/1/03 Order |
| Extends between upper end portions of adjacent poles | goes between nearby poles near the tops of the poles, whether or not directly attached to the poles | 4/1/03 Order |
| A plurality of brackets, | more than one member or structure connected to a structure (such as a pole) to support or provide a means of attachment for another part of the device | 4/1/03 Order |
| Each bracket defining at least one opening | each bracket has an accessible portion into or through which the top line can be placed | 4/1/03 Order |
| End cap | a covering for the top of the pole | 4/1/03 Order |
| The end cap having a shock absorbing element positioned so that the cap absorbs energy when force is applied to the cap | the end cap is made in a shape or of a material or materials capable of absorbing energy from a sideways, downward, or upward force or impact to the cap | 4/1/03 Order |
| Resilient sheath | foam covers on the poles | parties' stipulation (4/1/03 Order) |

2

| | | |
|---|---|---|
| The netting is coupled to each pole through its resilient sheaths at plural points therealong, wherein an impact by a jumper against the netting nearest to a first pole is absorbed, in part, by resilient sheaths on plural points remote to the first | each pole has a resilient sheath and the netting is attached to each pole at more than one point, so that the energy from the contact by a jumper into the netting near one pole is also absorbed in part or received in part by the resilient sheaths on one or more poles other than the pole nearest the impact | 4/1/03 Order |
| Secured to the wall support portions of the posts and to the top line | connected to the posts (including the end caps, if any) at a position above the trampoline bed, and to the top line | June 10, 2003 Supplemental Claim Construction Order ("6/10/03 Order"), clarifying 4/1/03 Order |
| Each post being secured to both the frame and one of the legs | each post is attached or connected to both an element of the frame and to one of the legs of the trampoline | 4/1/03 Order |
| The frame, the legs, the poles, and the flexible material being interconnected such that at least some of the poles can bow and act as tubular springs that can become loaded with energy in the manner of a drawn bow when a person in the chamber impacts the flexible material and that can distribute impact forces from the flexible material to the legs, whereafter energy stored in the poles is promptly released as a reaction force that urges the impacted portion of the flexible material back toward the center of the chamber, which pushes the person back towards the center of the chamber | each element (consisting of the frame, the legs, the poles, and the flexible material) is attached to at least one of the other elements such that when a person contacts the flexible material, at least some of the poles can flex or bow and store energy, then return to their original shape and release energy (thereby acting as tubular springs). When a jumper impacts the flexible material, the force of the impact is distributed from the flexible material to the poles and into the legs, and the energy stored in the poles is released, so that the flexible material is moved toward the center of the chamber, pushing the jumper back towards the center of the chamber. | 4/1/03 Order |
| Fence netting | a barrier made of a material of crossed, twisted, or knotted cords, threads, ropes, fiber, or the like, with open spaces between | 6/10/03 Order |

3

| | | |
|---|---|---|
| Permits constrained movement of upper end portions of two adjacent poles relative to one another | allowing limited movement but preventing the poles from moving away from each other to any great extent | 6/10/03 Order |
| Impact is partially absorbed by one or more of the resilient sheaths | the energy from the impact by a jumper into the flexible material is absorbed in part by one or more of the resilient sheaths | 6/10/03 Order |
| Two overlapping portions of the flexible material/fence netting define a passageway that permits access to the chamber<br><br>Flexible material has overlapping end portions that provide a flap door | two ends of the flexible material overlap to form a passageway or flap door that permits access into the enclosure | 6/10/03 Order |

IT IS SO ORDERED.

Dated: August 21, 2003

PHYLLIS J. HAMILTON
United States District Judge

4