*Hedstrom Corp. v. JumpSport, Inc.*
Case No. 03 12308 PBS

# Exhibit I

## to Declaration of Daniel J. Kroll
## in Support Of Defendant JumpSport, Inc.'s Motion to Dismiss or Transfer

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JUMPSPORT, INC.,

         Plaintiff,                    No. C 01-4986 PJH

     v.                                VERDICT

JUMPKING, INC., et al.,

         Defendants.
                                      /


     We, the jury in the above-entitled action, do find as follows:



Dated: 12/5/03


                                      _____
                                                FOREPERSON
```

A. **DETERMINATION OF INVALIDITY**

1. Do you find that Defendants have proven that any of the following asserted claims of the '845 and '207 patents are invalid as being anticipated by any single reference in the prior art? (Check "Yes" for all claims you find to be invalid as anticipated.)

| '845 Patent | Yes |
|---|---|
| Claim 1 | ___ |
| Claim 2 | ✓ |
| Claim 3 | ✓ |
| Claim 7 | ___ |
| Claim 8 | ___ |
| Claim 11 | ✓ |
| Claim 12 | ✓ |
| Claim 13 | ___ |
| Claim 15 | ___ |
| Claim 17 | ___ |

| '207 Patent | Yes |
|---|---|
| Claim 1 | ✓ |
| Claim 5 | ___ |
| Claim 9 | ___ |
| Claim 10 | ___ |
| Claim 14 | ___ |
| Claim 15 | ___ |
| Claim 17 | ___ |
| Claim 24 | ✓ |
| Claim 25 | ✓ |
| Claim 26 | ___ |
| Claim 28 | ___ |
| Claim 29 | ___ |
| Claim 31 | ✓ |
| Claim 32 | ✓ |
| Claim 33 | ✓ |
| Claim 35 | ✓ |
| Claim 37 | ___ |
| Claim 38 | ___ |
| CLAIM 34 | ___ ✓L |

1   2.   With respect to any of the claims you do not find invalid as anticipated in your response
2   to question 1 above, do you find that Defendants have proven that any of the following remaining
3   asserted claims of the '845 and '207 patents are invalid as being obvious in view of the prior art?
4   (Check "Yes" for all claims you find to be invalid as obvious.)

| '845 Patent | Yes |     |
|-------------|-----|-----|
| Claim 1     | ___ |     |
| Claim 2     | ___ |     |
| Claim 3     | ✓   |     |
| Claim 7     | ___ |     |
| Claim 8     | ___ |     |
| Claim 11    | ✓   | (Anticipated) |
| Claim 12    | ✓   | (Anticipated) |
| Claim 13    | ___ |     |
| Claim 15    | ___ |     |
| Claim 17    | ___ |     |

| '207 Patent | Yes |     |
|-------------|-----|-----|
| Claim 1     | ___ |     |
| Claim 5     | ___ |     |
| Claim 9     | ___ |     |
| Claim 10    | ___ |     |
| Claim 14    | ___ |     |
| Claim 15    | ___ |     |
| Claim 17    | ___ |     |
| Claim 24    | ✓ N/A (Anticipated) |
| Claim 25    | ✓ N/A (Anticipated) |
| Claim 26    | ___ |     |
| Claim 28    | ___ |     |
| Claim 29    | ✓   |     |
| Claim 31    | ___ |     |
| Claim 32    | ___ |     |
| Claim 33    | ___ |     |
| Claim 34    | ___ |     |
| Claim 35    | ___ |     |
| Claim 37    | ___ |     |
| Claim 38    | ✓   |     |

Special Verdict Form                                          3
CASE NO. C-01-4986 PJH                                                           118387

B.  **DETERMINATION OF INVENTORSHIP**

3a. Do you find that any of the following persons are co-inventors of any of the claims of the '845 patent? (If your response is yes, please indicate which claim or claims)

|  | Yes | No | Claim(s) |
|---|---|---|---|
| Mr. Gary L. Stoffer |  | ✓ |  |
| Mr. Douglas Freeman |  | ✓ |  |
| Mr. Donald Strasser | ✓ |  | 1 |

3b. Do you find that any of the following persons are co-inventors of any of the claims of the '207 patent?

|  | Yes | No | Claim(s) |
|---|---|---|---|
| Mr. Gary L. Stoffer |  | ✓ |  |
| Mr. Douglas Freeman |  | ✓ |  |
| Mr. Donald Strasser | ✓ |  | 1 |

3c. If you checked "yes" to any of the boxes in 3a above, then do you find that the omission of any such co-inventor from being listed on the '845 patent was the result of deceptive intent on the part of such omitted co-inventor?

|  | Yes | No |
|---|---|---|
| Mr. Gary L. Stoffer |  |  |
| Mr. Douglas Freeman |  |  |
| Mr. Donald Strasser |  | ✓ |

3d. If you checked "yes" to any of the boxes in 3b above, then do you find that the omission of any such co-inventor from being listed on the '207 patent was the result of deceptive intent on the part of such omitted co-inventor?

|  | Yes | No |
|---|---|---|
| Mr. Gary L. Stoffer |  |  |
| Mr. Douglas Freeman |  |  |
| Mr. Donald Strasser |  | ✓ |

3e.   Do you find that Mr. Byron L. Bertsch is not a co-inventor of any of the claims of the '845 patent?


Yes     No

3f.   Do you find that Mr. Byron L. Bertsch is not a co-inventor of any of the claims of the '207 patent?


Yes     No

3g.   If your response to either 3e or 3f above is "yes," do you find that the inclusion of Mr. Bertsch as a co-inventor listed on the '845 patent and/or the '207 patent was the result of any deceptive intent on the part of Mr. Bertsch?

_____   ___✓___
Yes     No

Special Verdict Form
CASE NO. C-01-4986 PJH

5

118387

C. DETERMINATION OF INFRINGEMENT

4. Do you find that JumpSport has proven that the FunRing 1 product of Jumpking, Inc. has infringed any of the asserted claims, 1, 3, 7, 12, 13, or 17, of the '845 patent, that you have not found to be invalid in your responses to questions 1 or 2, above?

a. __✓__ Yes     _____ No

b. If "Yes," please list the claim(s) of the '845 patent that you find are infringed:

#1, #7, #13, #17

5. Do you find that JumpSport has proven that the FunRing 2 product of JumpKing, Inc. has infringed any of the asserted claims of the '845 patent, 1, 3, 12, 13, or 17, that you have not found to be invalid in your responses to questions 1 or 2, above?

a. _____ Yes     __✓__ No

b. If "Yes" please list the claim(s) of the '845 patent that you find are infringed:

Special Verdict Form  
CASE NO. C-01-4986 PJH

6

118387

6. Do you find that JumpSport has proven that the FunRing 1 product of JumpKing, Inc. has infringed any of the asserted claims of the '207 patent, 5, 9, 10, 14, 17, 25, 26, 28, 31, 33, 34, 35, or 37, that you have not found to be invalid?

    a.    ✓ Yes      ___ No

    b.    If "Yes" please list the claim(s) of the '207 patent that you find are infringed:

# 5, 9, 14

7. Do you find that JumpSport has proven that the FunRing 2 enclosure product of JumpKing, Inc. has infringed asserted claim 14 of the '207 patent, if you have not found it to be invalid in your responses to questions 1 or 2, above?

    a.    ___ Yes      ✓ No

Special Verdict Form      7      118387
CASE NO. C-01-4986 PJH

8. Do you find that JumpSport has proven that ICON Health & Fitness, Inc. has infringed any of the asserted claims of the '845 patent, claims 1, 3, 7, 12, 13, or 17, that you have not found to be invalid in your answers to questions 1 or 2, above:

a. _____ Yes   __X__ No

b. If "Yes" please list the claim(s) of the '845 patent that you find are infringed:

9. Do you find that JumpSport has proven that ICON Health & Fitness, Inc. has infringed any of the asserted claims of the '207 patent, 5, 9, 10, 14, 17, 25, 26, 28, 31, 33, 34, 35, or 37, that you have not found to be invalid in your responses to questions 1 or 2, above:

a. _____ Yes   __X__ No

b. If "Yes" please list the claim(s) of the '845 patent that you find are infringed:

Special Verdict Form  
CASE NO. C-01-4986 PJH

8

118387

10. Do you find that JumpSport has proven that any of the following retail defendants have infringed any of the asserted claims of the '845 patent, that you have not found to be invalid in your responses to questions 1 and 2, above, by selling the FunRing 1 and 2 products:

|  | Yes | No |
|---|---|---|
| Sam's West, Inc., and Sam's East, Inc. (dba Sam's Club) | ___ | _X_ |
| Wal-Mart Stores, Inc. | ___ | _X_ |
| Global Sport, Inc. | ___ | _X_ |

11. Do you find that JumpSport has proven that any of the following retail defendants have infringed any of the asserted claims of the '207 patent, that you have not found to be invalid in your responses to questions 1 or 2, above, by selling the FunRing 1 and 2 products:

|  | Yes | No |
|---|---|---|
| Sam's West, Inc., and Sam's East, Inc. (dba Sam's Club) | ___ | _X_ |
| Wal-Mart Stores, Inc. | ___ | _X_ |
| Global Sport, Inc. | ___ | _X_ |

12. Do you find that JumpSport has proven that the JumpGuard product of Hedstrom Corporation has infringed any of the asserted claims of the '845 patent, 1, 2, 3, 7, 8, 11, 12, 15 or 17, that you have not found to be invalid in your responses to questions 1 or 2, above?

a. __✓__   _____
   Yes      No

b. If "Yes" please list the claim(s) of the '845 patent that you find are infringed:

#1, #2, #7, #15, #17

13. Do you find that JumpSport has proven that the JumpGuard product of Hedstrom Corporation has infringed any of the asserted claims of the '207 patent, 1, 5, 9, 10, 14, 15, 17, 24, 25, 29, 31, 32, 33, 35, or 38, that you have not found to be invalid in your responses to questions 1 or 2, above?

a. __✓__   _____
   Yes      No

b. If "Yes" please list the claim(s) of the '207 patent that you find are infringed:

#9, #10

Special Verdict Form
CASE NO. C-01-4986 PJH

10

118387

14. Do you find that JumpSport has proven that any of the following retail defendants have infringed any of the asserted claims of the '845 patent, that you have not found to be invalid in your responses to questions 1 and 2, above, by selling the JumpGuard enclosure products:

|  | Yes | No |
|---|---|---|
| Sam's West, Inc., and Sam's East, Inc. (dba Sam's Club) | ___ | ✓ |
| Wal-Mart Stores, Inc. | ___ | ✓ |
| Alticor Corp. (fka Amway Corp.) | ___ | ✓ |
| Hammacher Schlemmer & Co., Inc. | ___ | ✓ |

15. If you have found (1) that at least one claim of the '845 patent or the '207 patent is infringed by any of the Defendants and, (2) that claim is not invalid, state whether or not the infringement by any of the following Defendants was willful.

|  | Yes | No |
|---|---|---|
| Jumpking, Inc. | ___ | X |
| ICON Health & Fitness, Inc. | ___ | X |
| Hedstrom Corporation | ___ | X |

Special Verdict Form  
CASE NO. C-01-4986 PJH

11

118387

D. **DETERMINATION OF DAMAGES**

16. If you have found that JumpSport has proven that any Defendant has infringed any of the asserted claims of the '845 or '207 patents which has not been found invalid, please state the amount of damages, if any, to which JumpSport has proven itself to be entitled, from each such Defendant, and indicate the measure of damages that you used in arriving at such amount (i.e., reasonable royalty, lost profits, or a combination of both):

Jumpking, Inc.  $ 196,000
(measure of damages used: ROYALTY, L.P.);

Hedstrom Corporation  $ 13,750
(measure of damages used: ROYALTY);

ICON Health & Fitness, Inc.  $ 0
(measure of damages used: _____);

Sam's West, Inc. and Sam's East, Inc. (dba Sam's Club)  $ 0
(measure of damages used: _____);

Wal-Mart Stores, Inc.  $ 0
(measure of damages used: _____);

Global Sport, Inc.  $ 0
(measure of damages used: _____);

Alticor Corp. (fka Amway Corp.)  $ 0
(measure of damages used: _____);

Hammacher Schlemmer & Co., Inc.  $ 0
(measure of damages used: _____);

E.  **DETERMINATION OF FALSE ADVERTISING CLAIMS**

17.  JumpSport's Claim Against Jumpking and ICON.

Do you find that JumpSport has proven that Defendant Jumpking or ICON committed false advertising under the Lanham Act by making false or misleading statements relating to its products?

Jumpking:    Yes __✓__    No _____

ICON:        Yes _____    No __✗__

    a.  If your response to the question above, is "Yes," for either Defendant, please determine the amount of damages, if any, that you find JumpSport has proven should be awarded to JumpSport with respect to the false or misleading statements by Jumpking or ICON.

Jumpking:    $ __∅__

ICON:        $ __∅__

18.  Jumpking's Claims Against JumpSport

Do you find that Jumpking has proven that JumpSport has committed false advertising under the Lanham Act by making false or misleading statements relating to its or another person's products?

JumpSport:   Yes __✓__    No _____

    b.  If your response to the question above, is "Yes," please determine the amount of damages, if any, that you find Jumpking has proven should be awarded to Jumpking with respect to the false or misleading statements by JumpSport.

JumpSport:   $ __∅__