*Hedstrom Corp. v. JumpSport, Inc.*
Case No. 03 12308 PBS

# Exhibit L

## to Declaration of Daniel J. Kroll
## in Support Of Defendant JumpSport, Inc.'s Motion to Dismiss or Transfer

120336.1

Northern District of California
Civil Local Rules
Last Modified: 02/2003

3-12. Notice of Related Case.

(a) Requirement to File Notice. Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this district as defined in Civil L.R. 3-12(b), the party must promptly file with the Court a Notice of Related Case. The notice must contain the case number of each apparently related action. Duplicate originals of the notice must be filed in each listed action. The filing party must serve a copy of the notice on all known parties to each identified case. A Chambers copy of the notice for the assigned Judge in each identified case must be lodged under Civil L.R. 5-1(b).

(b) Definition of Related Case. Any action is related to another when both concern:

(1) Substantially the same parties, property, transaction, event or question of law; and

(2) When it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

(c) Content of Notice. A Notice of Related Case must contain:

(1) The title and case number of each related case;

(2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(b); and

(3) A statement addressing whether assignment to a single Judge is or is not likely to conserve judicial resources and promote an efficient determination of the action(s).

120336.1

(d) Response to Notice. No later than 10 days after service of a Notice of Related Case, any party may serve and file with the Court a statement supporting or opposing the notice. Such statement must be served on all known parties in each identified case and must specifically address the issues in Civil L.R. 3-12(b) and (c).

(e) Related Case Order. After the time for filing support or opposition to the Notice of Related Case has passed, the Clerk shall submit a copy of the notice and related responses to the Judge in this District who is assigned to the earliest-filed case. That Judge will decide if the cases are or are not related and will notify the Clerk of his or her decision, who, in turn, will notify the parties.

(1) If that Judge decides that the cases are not related, no change in case assignment will be made.

(2) If that Judge decides that the cases are related, pursuant to the Assignment Plan, the Clerk shall reassign all related later-filed cases to that Judge and shall notify the parties and the affected Judges accordingly. The Case Management Conference will be rescheduled by the newly assigned judge. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless the assigned Judge otherwise orders, upon reassignment, any dates for hearing noticed motions are automatically vacated and must be renoticed by the moving party before the newly assigned judge. For cases ordered related after the initial Case Management Conference, unless the assigned Judge otherwise orders, any deadlines established in the case management order shall continue to govern, except for the trial date, which will be rescheduled by the assigned Judge.

120336.1