UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hedstrom, Corp.
        Plaintiff,                      CIVIL ACTION
                                              NO.  03-12308-PBS

    v.

JumpSport, Inc.
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                February 27, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss or to Transfer on **April 12, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                By the Court,

                                                               /s/ Robert C. Alba
                                                               Deputy Clerk

Copies to:  All Counsel