IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEDSTROM CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03 12308 PBS |
| JUMPSPORT, INC., | ) |
| Defendant. | ) |

ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

Gregg Shapiro, a member of the Bar of the United States District Court for the District of Massachusetts, and counsel of record for defendant JUMPSPORT, INC., hereby moves, pursuant to Local Rule 83.5.3, for the admission pro hac vice of Peter H. Goldsmith and Christine A. Amatruda as additional counsel for defendant JUMPSPORT, INC. in this action.

As attested to in the attached certificates, Mr. Goldsmith and Ms. Amatruda are members of the bar in good standing in every jurisdiction where they have been admitted to practice, there are no disciplinary actions pending against them as members of the bar in any jurisdiction, and they are familiar with the Local Rules of this Court.

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

    Plaintiffs' counsel, Kevin Gannon, has assented to this motion.

| | |
|---|---|
| Dated:  March 10, 2004. | Respectfully submitted, |
| | JUMPSPORT, INC., |
| | By its attorneys, |
| | /s/ Gregg Shapiro |
| | Gregg Shapiro (BBO #642069) |
| | CHOATE, HALL & STEWART |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109 |
| | (617) 248-5000 |

OF COUNSEL:

Peter H. Goldsmith
Christine A. Amatruda
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
(415) 576-0200

60158229 v1