IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HEDSTROM CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 03 12308 PBS |
| JUMPSPORT, INC., | ) | |
| Defendant. | ) | |

## CERTIFICATE OF CHRISTINE A. AMATRUDA
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, CHRISTINE A. AMATRUDA, declare as follows:

1. I am Special Counsel with the firm of Townsend and Townsend and Crew, counsel for Defendant JumpSport, Inc. ("JumpSport") in this action. JumpSport is also represented in this lawsuit by local counsel Choate, Hall & Stewart.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary actions pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury under the laws of the State of Massachusetts and the United States of America that the foregoing is true and correct and that this certificate was executed on the 10th day of March, 2004, in San Francisco, California.

/s/ Christine A. Amatruda
Christine A. Amatruda