IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEDSTROM CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-12308 PBS |
| ) | |
| JUMPSPORT, INC., ) | |
| ) | |
| Defendant. ) | |

## HEDSTROM CORPORATION'S ASSENTED-TO MOTION TO EXTEND THE TIME TO FILE ITS OPPOSITION TO JUMPSPORT, INC.'S MOTION TO DISMISS

Plaintiff, Hedstrom Corporation respectfully requests that this Court extend the time for it to file an Opposition to JumpSport, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), 12(b)(2), 12(b)(3) and 28 U.S.C. § 2201, or to Transfer Pursuant to 28 U.S.C. § 1404(a) until Thursday March 18, 2004. The additional time is needed to fully and completely address the issues raised in JumpSport's motion.

In support of this motion, the undersigned has conferred with counsel for JumpSport, Inc., Christine Amatruda, who confirmed that JumpSport assents to this motion.

A proposed order is submitted herewith.

Dated: March 11, 2004

        Respectfully submitted,

        HEDSTROM CORPORATION

        By Its Attorneys,

        _____
        THOMAS C. O'KONSKI, BBO #377475
        KEVIN GANNON, BBO #640931
        Cesari and McKenna, LLP
        88 Black Falcon Avenue
        Boston, MA 02210
        Telephone: (617) 951-2500
        Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of March 2004, I served the foregoing document by causing a true copy thereof to be delivered by fax to counsel for defendant:

Christine A. Amatruda
Townsend and Townsend and Crew, LLP
Two Embarcadero Center
San Francisco, CA 94111

_____