IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEDSTROM CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUMPSPORT, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 03-12308 PBS |

**JUMPSPORT, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant JumpSport, Inc. respectfully requests that this Court grant it leave to file a reply brief in support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3) and 28 U.S.C. § 2201, or to Transfer Pursuant to 28 U.S.C. § 1404(a).

In support of this motion, the undersigned has conferred with counsel for Plaintiff Hedstrom Corporation, Kevin Gannon, who confirmed that Hedstrom assents to this motion. Counsel for the parties have agreed that JumpSport may have until March 25, 2004 to file a reply brief not to exceed ten pages and that Hedstrom may file, no later than April 1, 2004, a sur-reply brief not to exceed five pages.

A proposed order is submitted together with this motion.

DATED: March 25, 2004

          Respectfully submitted,

          JUMPSPORT, INC.

          By its attorneys,


          /s/ Christine A. Amatruda
          PETER H. GOLDSMITH (*pro hac vice*)
          CHRISTINE A. AMATRUDA (*pro hac vice*)
          Townsend *and* Townsend *and* Crew
          Two Embarcadero Center, Eighth Floor
          San Francisco, CA 94111-3834
          Tel:  415.576.0200
          Fax:  415.732.1222
          phgoldsmith@townsend.com
          caamatruda@townsend.com

          GREGG D. SHAPIRO (BBO # 642069)
          Choate, Hall & Stewart
          53 State Street
          Boston, MA 02109-2804
          617-248-5279
          617-248-4000 (fax)
          gds@choate.com