IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEDSTROM CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 03-12308 PBS |
| v. ) | |
| ) | |
| JUMPSPORT, INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING JUMPSPORT, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant JumpSport, Inc.'s Assented-To Motion for Leave to File Reply Brief in Support of Motion to Dismiss having been considered on the papers submitted and good cause appearing therefor, it is ORDERED that JumpSport is GRANTED LEAVE to file a reply brief not to exceed ten pages no later than March 25, 2004, and that Plaintiff Hedstrom Corp. is GRANTED LEAVE to file, no later than April 1, 2004, a sur-reply brief not to exceed five pages.

IT IS SO ORDERED.


DATED: _____, 2004


_____
PATRICIA B. SARIS
United States District Judge