IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEDSTROM CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUMPSPORT, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 03-12308 PBS |

## PLAINTIFF'S CERTIFICATION UNDER LR 16.1(D)(3)

Plaintiff Hedstrom Corporation hereby certifies that, in compliance with LR 16.1(D)(3), it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Hedstrom Corporation

By Its Attorneys,

_____
Thomas C. O'Konski, BBO #377475
Kevin Gannon, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

Respectfully submitted,

Hedstrom Corporation

_____
Alan Plotkin
Corporate Counsel
Hedstrom Corporation

1