# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEDSTROM CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUMPSPORT, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 03-12308 PBS |

## DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Counsel for the defendant and the authorized representative of the defendant hereby certify that they have conferred with a view to establishing a budget for the costs of conducting this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____          _____
Mark Publicover                    Peter H. Goldsmith (Bar No. 91294)
                                   Christine A. Amatruda (Bar No. 111244)
                                   Townsend and Townsend and Crew
                                   Two Embarcadero Center, 8th Floor
                                   San Francisco, CA 94111
                                   415-576-0200
                                   Counsel for Defendant JumpSport, Inc.

60184390 v1